UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ALEXANDER HODGE,<br><br>Defendant. | Case No. 2:21-CR-00200-RFB-VCF<br><br>**[Proposed] Order on Stipulation to Continue Initial Appearance** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED that the initial appearance hearing currently scheduled for March 5, 2024, at the hour of 2:30 p.m., be vacated and continued to April 9, 2024 at the hour of 2:30 p.m., in LV Courtroom 3D before Magistrate Judge Elayna J. Youchah.

Dated this 1st Day of March 2024.

_____
UNITED STATES MAGISTRATE JUDGE