JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>PAUL ALEXANDER HODGE,<br><br>       Defendant. | Case No. 2:21-CR-00200-RFB-VCF<br><br>**Stipulation To Continue Supervised Release Revocation Hearing**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Benjamin F. Nemec, Assistant Federal Public Defender, counsel for Paul Alexander Hodge, ("Hodge"), that the supervised release revocation hearing in the abovementioned case, which is currently scheduled for November 7, 2024 at 3:00 p.m., be continued and reset to a date and time convenient to this Court, but not sooner than 90 days from the current hearing date for the following reasons:

   1.   On or about December 14, 2023, Hodge appeared on a criminal Complaint alleging that he committed Covid-19 Relief Funds Bank Fraud, a violation of 18 U.S.C. §

1344(2), and was released on conditions pending a preliminary hearing, which is presently scheduled for December 23, 2024.

2. On or about December 13, 2023, a petition seeking to revoke Hodge's supervised release was filed. At the June 11, 2024 initial appearance, Hodge was released on bond pending a revocation hearing in this case, which is currently set for November 7, 2024 at 3:00 pm before this Court.

3. The parties have agreed to continue the supervised release revocation hearing for at least 90 days. The parties have agreed to try to negotiate a global resolution to include the revocation violations[1] and the fraud matter. Assistant Federal Public Defender Nemec has requested access to the discovery in the fraud case and will need additional time to review it before attempting to negotiate the case.

4. If an agreement cannot be reached, the parties will need additional time to adequately prepare for the revocation hearing.

5. The defendant is at liberty and will not be unduly prejudiced by the brief delay requested herein.

6. The parties agree to the continuance.

7. The additional time requested herein is not sought for purposes of delay, but merely to allow the government sufficient time within which to adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request,

/ / /
/ / /
/ / /

---

[1] On or about December 14, 2023, a petition seeking to revoke Hodge's supervised release was also filed. The revocation hearing in that matter is currently set for November 19, 2024 in case number 2:21-cr-93-KJD-BNW.

outweigh the best interest of the public and the defendant in a speedy hearing.

      8.     This is the second stipulation to continue the hearing.

DATED this 31st day of October, 2024.

Respectfully submitted,

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
|    /s/ Benjamin F. Nemec<br>By_____<br>Benjamin F. Nemec<br>Assistant Federal Public Defender |    /s/ Kimberly M. Frayn<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PAUL ALEXANDER HODGE,<br><br>        Defendant. | Case No. 2:21-CR-00200-RFB-VCF<br><br>**Findings of Fact, Conclusions of Law and Order** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On or about December 14, 2023, Hodge appeared on a criminal Complaint alleging that he committed Covid-19 Relief Funds Bank Fraud, a violation of 18 U.S.C. § 1344(2), and was released on conditions pending a preliminary hearing, which is presently scheduled for December 23, 2024.

2. On or about December 13, 2023, a petition seeking to revoke Hodge's supervised release was filed. At the June 11, 2024 initial appearance, Hodge was released on bond pending a revocation hearing in this case, which is currently set for November 7, 2024 at 3:00 pm before this Court.

3. The parties have agreed to continue the supervised release revocation hearing for at least 90 days. The parties have agreed to try to negotiate a global resolution to include the revocation violations[2] and the fraud matter. Assistant Federal Public

---

[2] On or about December 14, 2023, a petition seeking to revoke Hodge's supervised release was also filed. The revocation hearing in that matter is currently set for November 19, 2024 in case number 2:21-cr-93-KJD-BNW.

4

Defender Nemec has requested access to the discovery in the fraud case and will need additional time to review it before attempting to negotiate the case.

4. If an agreement cannot be reached, the parties will need additional time to adequately prepare for the revocation hearing.

5. The defendant is at liberty and will not be unduly prejudiced by the brief delay requested herein.

6. The parties agree to the continuance.

7. The additional time requested herein is not sought for purposes of delay, but merely to allow the government sufficient time within which to adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

8. This is the second stipulation to continue the hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the revocation hearing in the above-captioned matters, currently scheduled for November 7, 2024, be vacated and continued to February 4, 2025 at 8:30 a.m.

DATED this 3rd day of November at 2024.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE