UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PAUL ALEXANDER HODGE,<br><br>          Defendant. | Case No. 2:21-CR-00200-RFB-VCF<br><br>**Findings of Fact, Conclusions of Law and Order** |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On or about December 14, 2023, Hodge appeared on a criminal Complaint alleging that he committed Covid-19 Relief Funds Bank Fraud, a violation of 18 U.S.C. § 1344(2), and was released on conditions pending a preliminary hearing, which is presently scheduled for March 24, 2025.

2. On or about December 13, 2023, a petition seeking to revoke Hodge's supervised release was filed. At the June 11, 2024 initial appearance, Hodge was released on bond pending a revocation hearing in this case, which is currently set for August 28, 2025 before this Court.

3. The parties have agreed to continue the supervised release revocation hearing for at least 90 days. The parties have negotiated an agreed global resolution to include the revocation violations[2] and the fraud matter. The parties have signed a written

---

[2] On or about December 14, 2023, a petition seeking to revoke Hodge's supervised release was also filed. The revocation hearing in that matter is currently set for September 9, 2025 in case number 2:21-cr-93-KJD-BNW.

4

plea agreement. A change of plea hearing has been set for September 18, 2025 in case number 2:25-cr-239-JAD.

4. If the Court does not accept the defendant's guilty plea, the parties will need additional time to adequately prepare for the revocation hearing.

5. The defendant is at liberty and will not be unduly prejudiced by the brief delay requested herein.

6. The parties agree to the continuance.

7. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties government sufficient time within which to adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

8. This is the fifth stipulation to continue the hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the revocation hearing in the above-captioned matters, currently scheduled for August 28, 2025, be vacated and continued to a date and time convenient to this Court, that is on November 13/2025 at 8:00 a.m.

Dated this the 26th of August, 2025.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

5